IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL GEOFFREY PETERS, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | No. 3:22-CV-1854-M (BH) |
| ) | |
| BAYLOR COLLEGE OF ) | |
| MEDICINE, et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Application to Proceed in Forma Pauperis,* received August 22, 2022 (doc. 3), is denied. By separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

SIGNED this 25 day of October, 2022.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE